# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:11-CR-00244-RJC

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KIMBERLY CURETON (1), | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 47), of the Information, (Doc. No. 2), against Kimberly Cureton only without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 47), is **GRANTED** and the Information, (Doc. No. 1), against Kimberly Cureton only is **DISMISSED** without prejudice.

Signed: April 25, 2013

Robert J. Conrad, Jr.
Chief United States District Judge